UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| TIFFANY RENEA SNOW, | ) | Civil Action No. 5:22-cv-00152-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this 15th  day of September, 2022, upon consideration of the Defendant's

Motion to Remand and any response thereto, it is hereby **ORDERED** that the Defendant's motion

is granted and this action is remanded to the Commissioner for further evaluation under the fourth

sentence of 42 U.S.C. § 405(g).


s/Bruce Howe Hendricks
United State District Judge

September 15, 2022

Charleston, South Carolina